THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:  119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email:  jon.klinck@usdoj.gov

JS - 6

Attorneys for Defendants UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), GERARD HEINAUER, Director of USCIS' Nebraska Service Center, EMILIO T. GONZALES, Director of USCIS, MICHAEL CHERTOFF, Secretary of Homeland Security, ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation and MICHAEL B. MUKASEY, Attorney General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEN YU,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); GERARD HEINAUER, Director of USCIS' Nebraska Service Center; EMILIO T. GONZALES, Director of USCIS; MICHAEL CHERTOFF, Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation and MICHAEL B. MUKASEY, Attorney General,<br><br>    Defendants. | Case No. CV 07-4386 ODW (AGRx)<br><br>[~~**PROPOSED**~~] **ORDER OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br>The Honorable Otis D. Wright II |

Based on the filed stipulation of counsel, and good cause appearing therefor,

///

IT IS ORDERED that the above-entitled action be dismissed without prejudice, and that each party bear their own attorneys' fees and costs.

DATED: March 19, 2008

_____
UNITED STATES DISTRICT JUDGE